# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPOLIS POLLARD, JR., | Case No. CV 13-6291-JAK (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| RANDY T. C. GROUNDS, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   10/9/15

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE